AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Varlan, Thomas A. | 2. Court or Organization<br><br>U.S. District Court, E. Tenn. | 3. Date of Report<br><br>05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U. S. District Court
800 Market Street
Knoxville, TN 37902

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board | University of Tennessee, Department of Political Science |
| 2. Successor Trustee | Alexander Varlan Revocable Living Trust (Residential Rental Property Listed in Part VII) |
| 3. Member | Judicial Resources Committee of the Judicial Conference |
| 4. Associate Board | University of Tennessee, College of Arts and Sciences |
| 5. Member | Sixth Circuit Judicial Council |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | East Tennessee Children's Hospital - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank Accounts | B | Interest | K | T | | | | | |
| 2. Ameriprise Insured Money Market | A | Int./Div. | K | T | | | | | |
| 3. Coca Cola Common Stock | C | Dividend | L | T | | | | | |
| 4. Blackrock Strategic Income Opptys Cl A | A | Dividend | K | T | Buy | 08/14/15 | K | | |
| 5. Oakmark Equity & Income Class I | C | Dividend | | | Sold | 10/12/15 | K | A | |
| 6. Prudential Short Term Corp. Bond Cl. A | A | Dividend | J | T | | | | | |
| 7. Columbia Convertible Securities Cl A | A | Dividend | J | T | Buy | 08/14/15 | J | | |
| 8. Columbia Strategic Income Fund Cl A | A | Dividend | J | T | Buy | 08/14/15 | J | | |
| 9. Columbia Balanced Cl A | A | Dividend | J | T | Buy | 08/12/15 | J | | |
| 10. Franklin Mutual Global Discovery Cl A | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 11. Hodges Small Cap Retail Cl A | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 12. Prudential Jennison Mid Cap Growth Cl A | A | Dividend | K | T | Buy | 08/13/15 | J | | |
| 13. U. S. Savings Bond | A | Interest | J | T | | | | | |
| 14. Tennessee's BEST Prepaid Tuition Accounts | A | Interest | | | Distributed | 04/20/15 | J | | |
| 15. Strategic Portfolio Service Advantage IRA - 1 | B | Dividend | K | T | | | | | |
| 16. - Ameriprise Insured Money Market | A | Int./Div. | J | T | | | | | |
| 17. - Fideltiy Advisor New Insights | A | Dividend | K | T | Sold (part) | 07/14/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Goldman Sachs Small Mid-Cap Growth Cl A | A | Dividend | J | T | Buy | 07/14/15 | J | | |
| 19. -John Hancock Income Cl A | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 20. - Mutual Global Discovery Cl A | A | Dividend | J | T | Sold (part) | 07/14/15 | J | A | |
| 21. Blackrock Strategic Income Opptys Cl A | A | Dividend | J | T | | | | | |
| 22. Prudential Short Term Corporate Cl A | A | Dividend | J | T | Buy | 07/14/15 | J | | |
| 23. Strategic Advantage Service Portfolio IRA - 2 | A | Dividend | K | T | | | | | |
| 24. - Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 25. Prudential Short Term Corp Bond Fund Cl A | A | Dividend | J | T | Buy | 12/01/15 | J | | |
| 26. - Fidelity Advisors New Insights | A | Dividend | J | T | | | | | |
| 27. - American Century Heritage | A | Dividend | J | T | | | | | |
| 28. John Hancock Income Cl A | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 29. - Mutual Global Discovery Cl A | A | Dividend | J | T | | | | | |
| 30. Blackrock Strategic income Opptys Cl A | A | Dividend | J | T | | | | | |
| 31. Alexander Varlan Revocable Living Trust (X) (See Part VIII)-Knox Co,TN | D | Rent | M | W | | | | | |
| 32. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Varlan, Thomas A. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 31 - Residential Property- Knoxville (Knox County), Tennessee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas A. Varlan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544